In the Matter of the Petition of VIRGINIA TOWING CORPORATION, as Owner, and Edward Card Co., Inc., as Bailee, of Steamtug THE HENRY W. CARD, for Exoneration from or Limitation of Liability. GULF REFINING COMPANY, Appellant. (Consolidated Cause).

No. 47.

Circuit Court of Appeals, Second Circuit.
Nov. 4, 1935.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark and A. Howard Neely, both of New York City, of counsel), for appellant Susquehanna & Gulf Refining Co.

Foley & Martin, of New York City (James A. Martin and Christopher E.

Heckman, both of New York City, of counsel), for appellee The Henry W. Card.

Frank Cooper, of New York City, for appellee O'Brien Bros., Inc.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed.